# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 18-cr-00166-02** |
| **VERSUS** | : | **JUDGE WALTER** |
| **STEPHANIE THERESA HARRIS** | : | **MAGISTRATE JUDGE KAY** |

## REPORT AND RECOMMENDATION ON FELONY
## GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge on January 4, 2019 at which time the defendant expressed a desire to waive her right to plead guilty before a District Judge and enter into a plea before the U. S. Magistrate Judge.  Defendant indicated on the record her desire to consent to proceed before the undersigned and executed a waiver.  Defendant was at all times represented by counsel, Max Emile Guthrie.

After said hearing and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that her plea of guilty is knowing and voluntary, that her guilty plea to Count One of the Indictment is fully supported by the written factual basis acknowledged by defendant orally in court and by her signature on the written document.  This factual basis supports each essential element of the offense to which the defendant pled.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Stephanie Theresa Harris, and that she be finally adjudged guilty of the offense charged in Count One of the Indictment.

Sentencing is set for May 9, 2019, at 1:30 p.m., before the Honorable Donald E. Walter in Lake Charles, Louisiana.

THUS DONE AND SIGNED in Chambers this 4th day of January, 2019.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE